UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WARD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01300-DAD-MJS<br><br>ORDER RELATING AND REASSIGNING CASES |
| JUAN TREVINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN STATE FC LLC, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01904-KJM-CKD |
| ROMEO PALMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN STATE FC, LLC, dba Amazon.com,<br><br>　　　　Defendants. | No. 2:18-cv-00010-KJM-KJN |

1

On January 8, 2018 and January 9, 2018, defendant in both of the latter two above-captioned cases filed notices of related cases in those two matters, advising the court that they were related to each other, and to a third case, *Christopher Ward, et al. v. Amazon, et al.*, No. 1:17-cv-01300-DAD-MJS, which is already assigned to the undersigned.

The court's review of the complaints in these cases shows they are related within the meaning of Local Rule 123(a)(4), as they involve similar parties, related questions of law and fact, and would likely entail substantial duplication of labor if heard by different judges. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Michael J. Seng will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the above captioned cases—*Trevino v. Golden State FC LLC, et al.*, Case No. 2:17-cv-01904-KJM-CKD and *Palma v. Golden State FC, LLC,* Case No. 2:18-cv-00010-KJM-KJN, be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Michael J. Seng.

Accordingly, documents filed in the two latter above-referenced actions shall bear the following new case numbers:

*Trevino v. Golden State FC LLC, et al.*, **Case No. 1:18-cv-00120-DAD-MJS**

*Palma v. Golden State FC, LLC,* **Case No. 1:18-cv-00121-DAD-MJS**

IT IS SO ORDERED.

Dated: **January 23, 2018**

UNITED STATES DISTRICT JUDGE

2