UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO PALMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN STATE FC, LLC, d/b/a<br>AMAZON.COM,<br><br>　　　　　　Defendant. | No. 1:18-cv-00121-DAD-SKO<br><br><br>ORDER REASSIGNING CASE |

Review of the court record in above-captioned action entitled *Palma v. Golden State FC, LLC*, No. 1:18-cv-00121-DAD-SKO ("the instant action"), reveals it has been related by the undersigned under this court's Local Rule 123 to the following actions pending before the undersigned: (1) *Ward, et. al. v. Amazon, et al.*, No. 1:17-cv-01300-DAD-BAM; and (2) *Trevino v. Golden State FC LLC, et al.*, No. 1:18-cv-00120-DAD-SAB. (Doc. No. 7.) All three actions had been assigned to the undersigned and Magistrate Judge Michael J. Seng. Due to the retirement of Magistrate Judge Michael J. Seng, the actions were randomly reassigned to other magistrate judges. The instant action was reassigned to Magistrate Judge Sheila K. Oberto. One of the other actions was reassigned to Magistrate Judge Barbara A. McAuliffe and the other was reassigned to Magistrate Judge Stanley A. Boone.

/////

1

Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties. Good cause appearing, the court orders that the instant action be reassigned from Magistrate Judge Sheila K. Oberto to Magistrate Judge Barbara A. McAuliffe.

Accordingly, all documents filed in the above-referenced action shall now bear the following new case number: **1:18-cv-00121-DAD-BAM.**

IT IS SO ORDERED.

Dated: **April 23, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE